ROBERT MAYER, as President of Local Union No. 2090 of the United Brotherhood of Carpenters and Joiners of America, et al., Respondents, *v.* CHARLES W. HANSEN, as President of the District Council of New York City of the United Brotherhood of Carpenters and Joiners of America, Appellants, Impleaded with Others,

Argued March 3, 1941; decided May 22, 1941.

*Charles H. Tuttle* and *Thomas E. Kerwin* for appellant.

*George Z. Medalie, Louis Haimoff* and *Harry Sacher* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, LEWIS and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., RIPPEY and CONWAY, JJ.